1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8                                          )        Case # _2:22-cv-00972-RFB-NJK___
                                           )
9    MICHELE BROWN                         )
                                           )
10              Plaintiff(s),              )        **VERIFIED PETITION FOR**
                                           )        **PERMISSION TO PRACTICE**
                                           )        **IN THIS CASE ONLY BY**
11        vs.                              )        **ATTORNEY NOT ADMITTED**
                                           )        **TO THE BAR OF THIS COURT**
12   ZELTIQ AESTHETICS, INC., et al.       )        **AND DESIGNATION OF**
                                           )        **LOCAL COUNSEL**
13              Defendant(s).              )
14   _____)        FILING FEE IS $250.00

15

16        _____, Petitioner, respectfully represents to the Court:
                    Kyle R. Cummins
17                  (name of petitioner)

18        1.      That Petitioner is an attorney at law and a member of the law firm of

     _____
19                                   Butler Snow LLP
                                      (firm name)

20   with offices at _____,
                                   6075 Poplar Avenue, Suite 500
21                                      (street address)

     _____, _____, _____,
22          Memphis                       Tennessee             38119
            (city)                         (state)            (zip code)

23   _____, _____.
           901-680-7329                 kyle.cummins@butlersnow.com
24   (area code + telephone number)           (Email address)

25        2.      That Petitioner has been retained personally or as a member of the law firm by

     _____ to provide legal representation in connection with
26          Zeltiq Aesthetics, Inc.
                 [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                              Rev. 5/16

3.    That since _____November 6, 2014_____, Petitioner has been and presently is a
                                     (date)
member in good standing of the bar of the highest Court of the State of _____Tennessee_____
                                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Tennessee | 11/18/2014 | 033261 |
| USDC Western District of TN | 8/12/2015 | |
| USCA, 6th Cir. | 8/12/2015 | |
| USCA, 11th Cir. | 6/24/2021 | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

See attached Exhibit A.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                          Petitioner's signature

5    STATE OF _____Tennessee_____ )
                                       )
6    COUNTY OF _____Shelby_____ )

7    _____Kyle R. Cummins_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                          Petitioner's signature

10   Subscribed and sworn to before me this

11   _20__ day of _January_, _2023_.

12   _____
            Notary Public or Clerk of Court

13

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Robert R. McCoy_____,
                                                                                (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23                          _____1980 Festival Plaza Drive, Suite 650_____,
                                           (street address)

24   _____Las Vegas_____, _____Nevada_____, _89135_,
              (city)                (state)              (zip code)

25

26   _____702-792-7000_____, _____rmccoy@kcnvlaw.com_____.
      (area code + telephone number)        (Email address)

27

28                                          4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Robert R. McCoy _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Chris Garber, eDiscovery Manager, Zeltiq Aesthetics, Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9121 _____  rmccoy@kcnvlaw.com
Bar number                        Email address

APPROVED:

DATED this 23rd day of January, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# EXHIBIT A

Certificate of Good Standing
Supreme Court of Tennessee

# *Supreme Court of Tennessee*
# *Certificate of Good Standing*

I, *James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

## *Kyle Robert Cummins*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 6, 2014, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 7th day of December, 2022.*

*James M. Hivner*
*Clerk of the Supreme Court of Tennessee*

*By:* _____
*Donna Gilmore, D.C.*