**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELE BROWN,

      Plaintiff,

v.

ZELTIQ AESTHETICS, INC., et al.,

      Defendants.

Case No. 2:22-cv-00972-RFB-NJK

**ORDER**

On March 29, 2023, the Court ordered Defendant Orange Twist LLC to file an amended certificate of interested parties identifying the citizenship of each owner/member of the LLC. Docket No. 50. Defendant Orange Twist LLC has now filed an amended certificate of interested parties. Docket No. 52. When a member of an LLC is itself an LLC, the certificate of interested parties must identify the citizenship of each "sub-member" as well. *See, e.g.*, *Diamos v. Specialized Loan Serv. LLC*, 2014 WL 3362259, *2 (N.D. Cal. July 7, 2014). Similarly, when a member/owner of an LLC is a trust, the certificate of interested parties must identify the citizenship of all trustees. *See, e.g.*, *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (internal citation omitted). Here, the amended certificate of interested parties identifies several LLCs and trusts as members or owners of Defendant Orange Twist LLC. Docket No. 52 at 2-4. The amended certificate of interested parties, however, does not identify the citizenship of each sub-member. *See id.*

Accordingly, Defendant Orange Twist, LLC is hereby **ORDERED** to file a second amended certificate of interested parties that accurately lists the name and citizenship of each member/owner, no later than April 18, 2023. Defendant must ensure that every member/owner of Orange Twist LLC is listed on the second amended certificate of interested parties.

IT IS SO ORDERED.

Dated: April 11, 2023

Nancy J. Koppe
United States Magistrate Judge

1