**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELE BROWN,

    Plaintiff,

v.

ZELTIQ AESTHETICS, INC., et al.,

    Defendants.

Case No. 2:22-cv-00972-RFB-NJK

**ORDER**

On May 3, 2023, the Court held a hearing on the order to show cause why Defendant Orange Twist LLC and Brittany Slater should not be sanctioned for failing to attend a settlement conference. *See* Docket Nos. 49 (order to show cause); 61 (order setting hearing). Defendant Orange Twist LLC and Brittany Slater are **ORDERED** to file a supplemental response, attaching the following items, to the Docket:

    1)    Unredacted copies of the emails attached to their response to the order to show cause at Docket No. 54,

    2)    Unredacted copies of all emails and other communications referenced at the order to show cause hearing, including the email Ms. Slater sent to Ms. Daehnke the day before the settlement conference, or that are otherwise relevant to the conduct underlying the order to show cause,

    3)    Unredacted proof of when Ms. Slater bought the relevant plane ticket,

    4)    Ms. Slater must attach a declaration stating where she was traveling, for how long, for what reason, and why she did not cancel her flight when she was reminded of the date of the settlement conference.

The supplemental answer and its attachments must be filed under seal and must be filed no later than May 8, 2023.

IT IS SO ORDERED.

Dated: May 3, 2023

Nancy J. Koppe
United States Magistrate Judge

1