ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 9127
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:   702-450-5400
Fax:   702-450-5451
eservice@egletlaw.com
        -and-
ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
**THE VIEIRA FIRM, PLLC**
400 S. 7th St., Ste. 400
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile: (702) 820-5836
Andrea@TheVieiraFirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELE BROWN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ZELTIQ AESTHETICS, INC., a Delaware Corporation; ORANGE TWIST LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00972-RFB-NJK<br><br>**PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, MICHELE BROWN ("Plaintiff"), by and through her counsel of record, Robert T. Eglet, Esq., Danielle C. Miller, Esq., and Brittney R. Glover, Esq. of EGLET ADAMS and Andréa L. Vieira, Esq., of THE VIEIRA FIRM hereby respectfully submits this motion for leave to amend her First Amended Complaint ("Complaint"). This motion is based on the papers and

pleadings on file the Memorandum of Points and Authorities below, the attached Second Amended Complaint, and any oral argument the Court may hear. In compliance with LR 15-1, a copy of the proposed Second Amended Complaint is attached as *Exhibit 1*.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND AND PROCEDURAL HISTORY

This is a products liability action that was removed from the Eighth Judicial District Court.[1] Recently, counsel for Defendant ORANGE TWIST, LLC ("Orange Twist") contacted Plaintiff's counsel and identified a party who Defendant contends is the "correct entity that provided services to [Plaintiff]."[2] Since that date, Plaintiff's counsel has attempted to obtain additional information on this potential Defendant, Illuminate Medical Orna Fisher M.D., PC.[3] To date, no additional information has been provided.

This court ordered Orange Twist to file a Certificate of Interested Parties that that lists the name and citizenship of each member/owner.[4] Orange Twist filed an Amended Certificate of Interested parties[5] and a Second Amended Certificate of Interested Parties.[6] However, none of these documents mention Illuminate Medical Orna Fisher M.D., PC.

Upon further research, a press release dated September 26, 2016 states that Dr. Orna Fisher joined Illuminate, the predecessor to Orange Twist, as the Chief Wellness Officer.[7] As alleged in the First Amended Complaint, Orange Twist merged with Illuminate Face & Body Bar on or about April 30, 2019, resulting in all Illuminate Face & Body Bar locations being fully branded as OrangeTwist locations on or about July 2019.[8] Upon information and belief, when Plaintiff treated at Orange Twist, it was still operating as Illuminate Face & Body Bar.

---

[1] ECF No. 1.
[2] See email from Linda K. Rurangirwa, dated April 26, 2023, **Exhibit 2**.
[3] See Declaration of Andréa L. Vieira, Esq. in Support of Plaintiff's Motion to Amend Complaint.
[4] ECF No. 50.
[5] ECF No. 52.
[6] ECF No. 55.
[7] See **Exhibit 3**, retrieved from https://www.newswire.com/news/dr-orna-fisher-joins-illuminate-face-body-bar-as-chief-wellness-officer-14845957
[8] ECF No. 1, 10:17-20.

1    As of the date of filing this motion, on Orange Twist's website under "Meet Our Medical
Team" Orna Fisher is listed and the bio states "Illuminate Medical Orna Fisher M.D., PC, Las
Vegas Office and Body Concepts by OrangeTwist 1 Corp." [9], as follows:

Thereafter, in August 2023, Plaintiff learned that Natalie Guier and Michelle Tio-Nguyen



provided services to Plaintiff while employed and/or contracted with Orange Twist and/or Illuminate Medical Orna Fisher M.D., PC. Further, Plaintiff learned that Orange Twist and Illuminate Medical Orna Fisher M.D., PC were in a contractual agreement to provide aesthetic treatments to the public.

Orange Twist and Illuminate Medical Orna Fisher M.D., PC entered into a management agreement encompassing, among other things: hiring, training, supervision, and practice

---

[9] See *Exhibit 4*, retrieved from https://orangetwist.com/our-medical-team/.

3

management. Orange Twist and Illuminate Medical Orna Fisher M.D., PC jointly and/or through their partnership leased and operated the CoolSculpting equipment used by Natalie Guier and Michelle Tio-Nguyen on Plaintiff.

Therefore, Plaintiff believes that Illuminate Medical Orna Fisher M.D., PC, Natalie Guier, and Michelle Tio-Nguyen should be a defendants in this case and hereby respectfully seeks leave to amend its complaint to add said defendants.

## II.   LAW AND ARGUMENT

Under FRCP 15, a party may amend its complaint only by leave of the court after responsive pleadings have been filed and in the absence of the adverse party's written consent.[10] Courts have discretion to grant leave and should freely do so "when justice so requires."[11]

There is a strong public policy in favor of permitting amendment.[12] The Ninth Circuit has made clear that Rule 15(a) is to be applied with "***extreme liberality***."[13] Leave to amend should be denied as futile "only if no set of facts can be proven under the amendment to the pleadings that would constitute a valid and sufficient claim." *Barahona v. Union Pac. R.R.,* 881 F.3d 1122, 1134 (9th Cir. 2018).

Courts limit denials of leave to amend where: (1) it will cause undue delay; (2) it will cause undue prejudice to the opposing party; (3) the request is made in bad faith; (4) the party has repeatedly failed to cure deficiencies; or (5) the amendment would be futile.[14] These factors do not carry equal weight, however, with prejudice being the most significant factor.[15] The party opposing the amendment bears the burden of showing why leave should be denied.[16] Each factor is addressed below:

   1. <u>No Undue Delay</u>

An Order for Enlargement of Time to Complete Discovery was entered in this matter on

---

[10] *Thornton v. McClatchy Newspapers, Inc*., 261 F.3d 789, 799 (9th Cir. 2001).
[11] *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990) (quoting Fed. R. Civ. P. 15(a)).
[12] *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999).
[13] *Eminence Capital, LLC v. Aspeon, Inc.,* 316 F.3d 1048, 1051 (9th Cir. 2003) (emphasis added).
[14] *Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008). *Simon Design Eng'g v. W & W Steel*, No. 2:08-cv-01291-RLH-PAL, 2009 U.S. Dist. LEXIS 153044, at *4 (D. Nev. Feb. 2, 2010).
[15] *Id*.
[16] *Llavata v. Morrow*, 2012 WL 789130, at *1 (D. Nev. Oct. 22, 2012). *Behrends v. Taggart*, No. 2:20-cv-00571-GMN-NJK, 2021 U.S. Dist. LEXIS 6468, at *2 (D. Nev. Jan. 12, 2021).

July 12, 2023, which set the deadline for filing a motion to amend pleadings or add parties to October 30, 2023.[17] Therefore, this motion is timely.

There will be no delay caused by Plaintiff's amendment because litigation has only recently commenced in this matter due to several delays not caused by Plaintiff. The partied attended mediation on August 28, 2023 at Orange Twist's expense due to an Order entered by this Court.[18] On September 1, 2023, Defendant Zeltiq sent letters to Natalie Guier and Michelle Tio-Nguyen for their depositions.[19]

2. No Prejudice to the Opposing Parties

There will be no prejudice to Defendants. First, Orange Twist already possesses information regarding potential liability for these defendants, since it was Orange Twist's counsel that contacted Plaintiff's counsel identifying Illuminate Medical Orna Fisher M.D., PC as a potential defendant. Further, it was Orange Twist that provided information regarding the relationship between the defendants.

Second, the addition of these defendants does not impact Zeltiq since Zeltiq is a wholly separate entity from Orange Twist.

Third, as no depositions have taken place in this matter, these defendants whose identity and role were exclusively known to Orange Twist until this time can be added to this litigation without any impact on discovery. Zeltiq has already reached out to Natalie Guier and Michelle Tio-Nguyen for their depositions, and the parties will have ample time and opportunity to conduct necessary discovery.

3. Request Is Not Made in Bad Faith

This request is not made in bad faith because it is based on information provided by Orange Twist's counsel and subsequently learned in August 2023. This motion was brought after independent research that confirmed the proposed defendants' involvement during the time that Plaintiff received the Coolsculpting treatment implicates said defendants.

///

---

[17] ECF No. 76.
[18] ECF No. 72.
[19] See Letters, dated September 1, 2023, attached hereto as ***Exhibit 5.***

5

1      4. <u>There Have Been No Deficiencies for Plaintiff to Cure</u>

2  There have been no deficiencies for Plaintiff to cure therefore factor number four does not
3  apply in this matter.

4      5. <u>This Amendment is Not Futile</u>

5  "[A] proposed amendment is futile only if no set of facts can be proved under the
6  amendment to the pleadings that would constitute a valid and sufficient claim or defense."[20]
7  Plaintiff's amendment is not futile because Orange Twist identified Illuminate Medical Orna
8  Fisher M.D., PC as the "correct entity that provided services to [Plaintiff]." Therefore, based
9  Plaintiff has valid claims against this entity.

## III. CONCLUSION

Based on the foregoing, good cause exists to allow Plaintiff to amend her Complaint and Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend Complaint.

Dated this <u>18th</u> day of September, 2023.

**EGLET ADAMS**

By: */s/ Danielle C. Miller, Esq.*
    ROBERT T. EGLET, ESQ.
    Nevada Bar No. 3402
    DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 9127
    BRITTNEY R. GLOVER, ESQ.
    Nevada Bar No. 15412
    400 South Seventh Street, Suite 400
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

---

[20] *Sweaney v. Ada County, Idaho*, 119 F.3d 1385, 1393 (9th Cir.1997)

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR IC 1-1, I hereby certify that I am an employee of EGLET ADAMS and on September 18, 2023, I served a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO AMEND COMPLAINT** on the all parties registered for e-service in the service list of this matter on the Court's electronic filing system, or if the document is one that will not be filed electronically pursuant to LR IC 1-1(c), via U.S. Mail postage fully prepaid, addressed to each party as follows:

| | |
|---|---|
| Robert McCoy, Esq.<br>Nevada Bar No. 9121<br>Sihomara L. Graves, Esq.<br>Nevada Bar No. 13239<br>KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>rmccoy@kcnvlaw.com<br>sgraves@kcnvlaw.com<br>*Attorneys for Defendant*<br>*Zeltiq Aesthetics, Inc.* | Patricia Egan Daehnke, Esq.<br>Nevada Bar No. 4976<br>Linda K. Rurangirwa, Esq.<br>Nevada Bar No. 9172<br>COLLINSON, DAEHNKE, INLOW & GRECO<br>2110 E. Flamingo Road, Suite 212<br>Las Vegas, Nevada 89119<br>Patricia.Daehnke@cdiglaw.com<br>Linda.Rurangirwa@cdig.law.com<br>*Attorneys for Defendant*<br>*Orange Twist, LLC* |

Alyson Bustamante Jones, Esq. (*pro hac vice*)
BUTLER SNOW LLP
1020 Highland Colony Pkwy., Suite 1400
Ridgeland, Mississippi 39157
alyson.jones@butlersnow.com
*Attorneys for Defendant*
*Zeltiq Aesthetics, Inc.*

                                                */s/ Bianca Marx*
                                                An Employee of EGLET ADAMS

**DECLARATION OF ANDRÉA L. VIEIRA, ESQ IN SUPPORT OF MOTION TO AMEND COMPLAINT**

STATE OF NEVADA         )
                        )  ss:
COUNTY OF CLARK         )

I, Andréa L. Vieira, Esq., having been first duly sworn on oath and under penalty of perjury, state as follows:

1. I am a resident of Clark County, Nevada over the age of 18 years old and have personal knowledge of the facts and circumstances referenced herein and I am prepared to testify under oath thereto.

2. I am one of the counsel for Plaintiff MICHELE BROWN.

3. On April 26, 2023, I received an email from Linda K. Rurangirwa, Esq., counsel for Orange Twist that stated in part, "I have been informed that the correct entity that provided services to your client should be Illuminate Medical Orna Fischer PC." I hereby certify that a true and correct copy of the email exchange is attached hereto as *Exhibit 2*.

4. On May 2, 2023, I replied to Ms. Rurangirwa and requested additional information.

5. On the same date, I received a response from Patricia Daehnke, Esq., also counsel for Orange Twist, who stated that she would be speaking with general counsel the following day and would get me "all relevant information shortly thereafter."

6. On May 10, 2023, I followed up with counsel regarding this issue. No response was received, and I followed up again on May 17, 2023.

7. On May 19, 2023, I received another email from Ms. Rurangirwa who stated that she was getting "further clarification from corporate counsel."

8. To date, no additional information has been provided.

9. I conducted independent research to ascertain Illuminate Medical Orna Fischer PC's relationship to Orange Twist.

10. Attached hereto as *Exhibit 3* is a true and correct copy of Orange Twist's webpage I retrieved from https://www.newswire.com/news/dr-orna-fisher-joins-illuminate-face-body-bar-

8

1    as-chief-wellness-officer-14845957 on July 31, 2023.

2    11.    Attached hereto as **Exhibit 4** is a true and correct copy of Orange Twist's webpage I retrieved from https://orangetwist.com/our-medical-team/

12.    I attended the mediation in this matter on August 28, 2023 along with co-counsel, Eglet Adams.

13.    Following the mediation, counsel for Zeltiq sent letters to Michelle Tio-Nguyen and Natalie Guier stating that they would like to take said persons' depositions regarding the care and treatment provided to Plaintiff while they were employed at while employed at Orange Twist and/or Illuminate Face & Body Bar. A true and correct copy of said letters is attached hereto as **Exhibit 5**.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 18th day of September, 2023.

                                    /s/ Andréa L. Vieira
                                    ANDRÉA L. VIEIRA, ESQ.

# Index of Exhibits

## Brown v. Zeltiq Aesthetics, Inc., et al
*(U.S. District Court Case No.* Case No. 2:22-cv-00972-RFB-NJK*)*

| NO. | DOCUMENT |
|---|---|
| Exhibit | Description |
| 1. | Plaintiff's Proposed Second Amended Complaint. |
| 2. | Email from Linda K. Rurangirwa, Esq., counsel for Orange Twist, dated April 26, 2023. |
| 3. | A true and correct copy of Orange Twist's webpage I retrieved from https://www.newswire.com/news/dr-orna-fisher-joins-illuminate-face-body-bar-as-chief-wellness-officer-14845957 |
| 4. | A true and correct copy of Orange Twist's webpage I retrieved from https://orangetwist.com/our-medical-team/ |
| 5. | Letters to Michelle Tio-Nguyen and Natalie Guier. |